**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970

*All Correspondences to NJ Office*

December 21, 2022

Honorable U.S. District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Via ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

Re:     Lawal v. Game-Set-Match, Inc.
        Civil Action No.: 1:22-cv-08710-MKV

To the Honorable Judge Vyskocil,

The undersigned represents the Plaintiff in the above referenced matter brought pursuant to the Americans with Disabilities Act (the ADA). An in-person Initial Conference is currently scheduled in this matter for January 25, 2023. *See,* Docket 8. It is respectfully requested that the Initial Conference be adjourned, as the undersigned is scheduled to be out of the country from January 18-29 for a family vacation, with flights already having been booked prior to the Conference being scheduled.

This is the Plaintiff's first request for an adjournment of the Initial Conference. Defendant's counsel is copied on this communication and has consented to the within adjournment request.

Respectfully submitted,

*/s/ Yitzchak Zelman*
Yitzchak Zelman, Esq.
*Counsel for Plaintiff*

**GRANTED.  The Initial Pretrial Conference scheduled for January 25, 2023 is hereby adjourned and rescheduled for February 1, 2023 at 3:30 PM.  SO ORDERED.**

Date: 1/3/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge